DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARON A. ARIAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3433

[January 6, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 502006CF011630AXXXMB.

Carey Haughwout, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals an order revoking his probation. We affirm on all issues, but remand for correction of two scrivener's errors, both of which are conceded by the state. First, we remand for the trial court to correct the written revocation order to reflect the trial court's oral pronouncement that appellant was found in violation by committing robbery, resisting an officer without violence, and violating his curfew. *See Raya v. State*, 183 So. 3d 1120, 1120 (Fla. 4th DCA 2015). Second, we remand for the trial court to correct the scoresheet to reflect that appellant was sentenced to fifty years. *See id.* Appellant's presence is not required for these corrections.

*Affirmed and remanded with instructions.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*